# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAY KRAFT, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01107-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 10)<br><br>DEADLINE: DECEMBER 11, 2018 |

On October 30, 2018, a notice of settlement was filed informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before December 11, 2018.

IT IS SO ORDERED.

Dated: __**October 30, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

1